## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LINDA BROCKMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     NO. 11-cv-00350-JPG-DGW |
| | ) |
| | ) |
| **UNUM LIFE INSURANCE COMPANY** | ) |
| **OF AMERICA,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or

having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  April 13, 2012**

NANCY ROSENSTENGEL, Clerk of Court


BY: s/Brenda K. Lowe, Deputy Clerk



APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE